**Leo LANKFORD, III, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 00–3284.**

United States Court of Appeals, Federal Circuit.

DECIDED: March 13, 2001.

Before SCHALL, GAJARSA, and LINN, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

---

**In re Greg A. MERTENS**

**No. 00–1318.**

United States Court of Appeals, Federal Circuit.

DECIDED: March 14, 2001.

Before NEWMAN, SCHALL, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36